1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADAM R. MYERS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT COSSEY,<br>MICHEAL JOLSTEAD, JR., and<br>SPOKANE COUNTY,<br><br>　　　　　　Defendants. | NO:  2:20-CV-0243-TOR<br><br>ORDER OF DISMISSAL |

By Order filed August 10, 2020, the Court advised Plaintiff of the deficiencies of his complaint and directed him to amend or voluntarily dismiss within sixty (60) days. ECF No. 8. Plaintiff, a pretrial detainee at Spokane County Detention Services is proceeding *pro se* and *in forma pauperis;* Defendants have not been served.

Specifically, Plaintiff's allegations against his attorney, a prosecuting attorney, and the county failed to state a claim upon which relief may be granted.

ORDER OF DISMISSAL -- 1

*See Miranda v. Clark County,* 319 F.3d 465,468 (9th Cir. 2003); *Imbler v. Pachtman,* 424 U.S. 409, 430-31 (1976); *Monell v. New York City Dep't of Soc. Servs.*, 436 U.S. 658, 690 (1978).  Furthermore, because Plaintiff sought the dismissal of pending criminal charges, and thereby his release from pretrial confinement, his only federal remedy is a writ of habeas corpus with its requirement of exhaustion of state remedies. *See Preiser v. Rodriguez*, 411 U.S. 475, 487-90 (1973).  The Court also determined that it was appropriate to abstain from intervening in a pending state court criminal proceeding under *Younger v Harris*, 401 U.S. 37, 45 (1971).

Plaintiff did not comply with the Order to Amend or Voluntarily Dismiss and has filed nothing further in this action.  For the reasons set forth above and in the Court's prior Order, ECF No. 8, **IT IS ORDERED** that the Complaint is **DISMISSED without prejudice** to Plaintiff filing any challenge to the fact or duration of his confinement in the appropriate forum.  Under *Washington v. L.A. Cty. Sheriff's Dep't*, 833 F.3d 1048 (9th Cir. 2016), this dismissal will NOT count as a "strike" pursuant to 28 U.S.C. § 1915(g).

//

//

//

//

//

ORDER OF DISMISSAL -- 2

**IT IS SO ORDERED.** The Clerk of Court is **DIRECTED** to enter this Order, enter judgment, provide copies to Plaintiff and **CLOSE** the file. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact. Plaintiff's *in forma pauperis* status is hereby **REVOKED.**

**DATED** October 13, 2020.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL -- 3